IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-125-H

| | |
|---|---|
| SHARRON MARIE GLOVER, *Executrix for the Estate of Geraldine Washington Glover*, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>)    **ORDER** |
| v. | )<br>) |
| AllSTATE INSURANCE COMPANY, COMPANY CORP., | )<br>)<br>) |
| Defendant. | )<br>) |

This matter is before the court on pro se Plaintiff's application to proceed in forma pauperis [DE #2] and for frivolity review under 28 U.S.C. § 1915. United States Magistrate Judge David W. Daniel filed a Memorandum and Recommendation ("M&R") on March 27, 2012, recommending that the case be transferred to the United States District Court for the Middle District of North Carolina pursuant to 28 U.S.C. § 1406(a). No objections have been filed, and the time for doing so has expired.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved.

Accordingly, the court adopts the recommendation of the magistrate judge as its own and for the reasons stated therein, the

matter is hereby transferred to the United States District Court for the Middle District of North Carolina. The clerk is directed to properly notify the Clerk for the Middle District of said transfer.

This 24TH day of May 2012.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26