IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHARRON MARIE GLOVER,          )
                               )
              Plaintiff,       )
                               )
     v.                        )          1:12CV535
                               )
ALLSTATE INSURANCE COMPANY,    )
                               )
              Defendant.       )

MEMORANDUM OPINION AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on Plaintiff's failure to return a completed summons to the Clerk's Office for service upon the Defendant. On June 1, 2012, the Court entered an Order [Doc. #7] granting Plaintiff permission to proceed *in forma pauperis* without payment of the fees and costs associated with the filing of this lawsuit. The Clerk sent Plaintiff a blank summons for completion with instructions to return the completed summons to the Clerk's Office within fifteen days. To date, Plaintiff has not complied with this Order, even though she was cautioned that non-compliance would result in dismissal.

IT IS THEREFORE RECOMMENDED that, pursuant to Federal Rule of Civil Procedure 41(b), this action be dismissed for Plaintiff's failure to comply with the Court's June 1, 2012 Order [Doc. #7], but that the dismissal be without prejudice.

This, the 30th day of July, 2012.

                    /s/ Joi Elizabeth Peake
                  United States Magistrate Judge